1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | ARLENE SORIANO,  ) | CASE NO. CV10-07686-AHM (FMOx) |
| 12 | Plaintiff(s),  ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| 13 | v.  ) | |
| 14 | KAISER PERMANENTE, et al.,  ) | |
| 15 | Defendant(s).  ) | |
| 16 | ) | |
| 17 | _____) | |

18      The Court having been advised by the parties that the above-entitled action

19   has been settled;

20      IT IS THEREFORE ORDERED that this action is dismissed without

21   prejudice to the right, upon good cause shown within 30 days, to request a status

22   conference be scheduled if settlement is not consummated.

23

24      IT IS SO ORDERED.

25   Date: April 15, 2011      _____
                              A. Howard Matz
26                            United States District Court Judge

27   **JS-6**

28